

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CITY OF ALEXANDRIA** | **CIVIL ACTION NO. 1:05-cv-01121** |
| -vs- | **JUDGE DRELL** |
| **CLECO CORP. et al.** | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

For the reasons detailed in a separate ruling issued on this date, the Intervenor Defendants' Rule 12(b)(6) Motion to Dismiss Intervenor's Tortious Interference with Contract Claims (Doc. 158) will be GRANTED. Accordingly, the magistrate judge's Report and Recommendation on Motion to Dismiss (Doc. 383) will be ADOPTED IN PART. However, the Court does NOT ADOPT the portion of the magistrate judge's Report and Recommendation on Motion to Dismiss referring to "policy considerations." (Doc. 383, p. 7).

SIGNED on this 3rd day of August, 2010 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE