

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CITY OF ALEXANDRIA** | CIVIL ACTION NO. 1:05-cv-01121 |
| -vs- | JUDGE DRELL |
| **CLECO CORP. et al.** | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons detailed in a separate ruling issued on this date, the Intervenor Defendants' **Motion for Partial Summary Judgment (Doc. 165) is hereby GRANTED.** Accordingly, the magistrate judge's **Report and Recommendation on Motion for Partial Summary Judgment (Doc. 382) will be ADOPTED.**

SIGNED on this 17 day of August, 2010 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE