RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/24/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CITY OF ALEXANDRIA | CIVIL ACTION NO. 1:05-cv-1121 |
| -vs- | JUDGE DRELL |
| CLECO CORPORATION, et al. | MAGISTRATE JUDGE KIRK |

### MEMORANDUM RULING AND ORDER

This case is set for a two day bench trial commencing next Wednesday, June 29, 2011. Before the Court is the motion in limine of the City of Alexandria ("the City') to exclude the testimony of proposed expert witness Randy Rice ("Mr. Rice"). (Doc. 616). This motion is GRANTED.

Third party defendant and counter-claimant John Sharp apparently disclosed to the City less than two weeks before trial that he intended to call Mr. Rice as an expert. Meanwhile, Federal Rule of Civil Procedure (FRCP) 26(a)(2) requires, absent stipulation or a contrary order by the court, that the disclosure of experts occur "at least 90 days" prior to trial, or 30 days if "the evidence is intended solely to . . . rebut [an opponent's] evidence on the same subject." No such stipulation or order was issued here, and the issue on which Mr. Rice is offered to testify has been present as a possible issue in this case from the beginning. Alternatively and additionally, Mr. Rice would seem to be the type of expert whose disclosure must be accompanied by a written report, FRCP 26(a)(2)(B), and no report has been provided. Accordingly, we do not find that "the failure [to disclose] was substantially justified or is harmless," Rule 37(c), and instead we rule his testimony be excluded on both of these grounds.

Accordingly, and for the reasons stated above:

IT IS ORDERED that the City's motion in limine to exclude the testimony of Mr. Rice (Doc. 616) is GRANTED.

SIGNED on this 24th day of June, 2011 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE